UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA,<br>　　　　Plaintiff,<br>　　v.<br>YVONNE GONZALEZ ROGERS, et al.,<br>　　　　Defendants. | Case No. 17-cv-03442-VC　(PR)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

　　Plaintiff Steven Wayne Bonilla, a state inmate, has filed a *pro se* civil action entitled, "Expedited Review Requested; Conspiracy to Murder," against District Court Judges Yvonne Gonzalez Rogers and Claudia Wilken for actions they took when presiding over his federal petition for a writ of habeas corpus. Bonilla has been disqualified from proceeding *in forma pauperis* under 28 U.S.C. § 1915(g) unless he is "under imminent danger of serious physical injury" at the time he filed his complaint. 28 U.S.C. 1915(g); *In re Steven Bonilla*, No. C 11-3180 CW (PR); *Bonilla v. Dawson*, No. C 13-0951 CW (PR).

　　The allegations in this complaint do not show that Bonilla was in imminent danger at the time of filing. Therefore, he cannot proceed *in forma pauperis*. Moreover, the suit must also be dismissed because federal judges are absolutely immune from suit for actions taken in their judicial capacity. *See Moore v. Brewster*, 96 F.3d 1240, 1243 (9th Cir. 1996) (superceded by statute on other grounds). This includes immunity to actions for declaratory, injunctive and other equitable relief. *Id.* Furthermore, this Court lacks jurisdiction to issue orders to other federal district courts.

　　Accordingly, the case is dismissed with prejudice.

　　**IT IS SO ORDERED.**

Dated: June 29, 2017

_____
VINCE CHHABRIA
United States District Judge